# IN THE SUPREME COURT OF THE STATE OF NEVADA

RICHARD ALLEN HIGHTOWER,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 83369

**FILED**

DEC 03 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a judgment of conviction. Third Judicial District Court, Lyon County; Leon Aberasturi, Judge.

Appellant's counsel has filed a notice of withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal effects and consequences of voluntarily withdrawing this appeal. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

SUPREME COURT
OF
NEVADA

(O) 1947A

21-34574

cc:    Hon. Leon Aberasturi, District Judge
        Walther Law Offices, PLLC
        Attorney General/Carson City
        Lyon County District Attorney
        Third District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2